Jonathan L. Hochman (JH 7072)
Matthew A. Katz (MK 4252)
SCHINDLER COHEN & HOCHMAN LLP
100 Wall Street, 15th Floor
New York, New York 10005
(212) 277-6300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

| | |
|---|---|
| THE BANK OF NEW YORK TRUST COMPANY, N.A., AS TRUSTEE, <br><br> Interpleader Plaintiff, <br><br> -against- <br><br> FRANKLIN ADVISERS, INC., FRANKLIN CLO II, LTD., FRANKLIN CLO II, CORP., CDO PLUS MASTER FUND, LTD., CHASE MANHATTAN BANK LONDON NOMINEE FOR SEIRA 13 as a nominee, DEUTSCHE BANK SECURITIES INC. as a nominee, GENSEC IRELAND LIMITED as a nominee, HARE & CO. as a nominee, MAC & CO. as a nominee, MASSACHUSETTS MUTUAL LIFE INSURANCE CO. as a nominee, MERRILL LYNCH, PIERCE, FENNER & SMITH INC. as a nominee, SUN LIFE ASSURANCE CO. OF CANADA as a nominee, TEMPLETON GLOBAL ADVISORS, LTD. as a nominee, AND <br><br> "JOHN DOE #1" through "JOHN DOE #12," the last twelve names being fictitious and unknown to plaintiff, the persons or parties intended being the beneficial owners of the Preferred Shares, the Series I Combination Security, and the Class C-2 Notes under the Indenture as more fully described in the Complaint, <br><br> Interpleader Defendants. | Case No. 07-CV-1746 (VM) <br><br> **RULE 7.1 DISCLOSURE STATEMENT OF <u>FRANKLIN ADVISERS, INC.</u>** |

------------------------------------------------------------------ X

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, please be advised

{00030816}

-2-

that Franklin Advisers, Inc. is a private non-governmental entity and is a wholly-owned subsidiary of Franklin Resources, Inc., a publicly held corporation.

Dated: New York, New York
April 20, 2007

SCHINDLER COHEN & HOCHMAN LLP

By: __s/ Jonathan L. Hochman__
Jonathan L. Hochman (JH-7072)
Matthew A. Katz (MK 4252)

100 Wall Street, 15th Floor
New York, New York  10005
(212) 277-6300

*Attorneys for Defendant-in-Interpleader
Franklin Advisers, Inc.*