UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

The Bank of New York Trust Co., N.A.,   :

          Plaintiff,   :

          Against

Franklin Advisers, Inc., et al.,   :

          Defendants.   :
------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/19

ORDER AUTHORIZING
INTERPLEADER DISBURSEMENT
(28 USC § 1335)

1:07 Civ. 01746 (VM) (GWG)

Interpleader funds in the amount of $100,000.00 were previously ordered deposited into the Court Registry Investment System by Order dated October 9, 2007. These funds, currently on deposit in the Court's unclaimed fund account, shall be withdrawn and disbursed by the Clerk of Court as follows:

1. Issue a check for $45,121.96, payable to "Hare & Co., LLC", and mail the check to: Hare & Co., LLC, Box # 11203, 500 Ross Street 154-0455, Pittsburgh, PA 15262-0001

2. Issue a check for $1,219.51, payable to "Genbel Securities Limited", and mail the check to: Genbel Securities Limited, 11 Alice Lane, Sandton 2196, South Africa

3. Issue a check for $34,146.34, payable to "VCG Special Opportunities Master Fund Limited", and mail the check to: VCG Special Opportunities Master Fund Limited, c/o The Royal Bank of Scotland International Limited, 71 Royal Bank House, Bath Street, St. Helier, Jersey, JE2 4SU

4. Issue a check for $19,512.19, payable to "Templeton Global Advisors Limited", and mail the check to: Templeton Global Advisors Limited, P.O. Box N-7759, Western Road, Lyford Cay, Nassau, Bahamas, Attention: Ian Greene

Dated: 16 May 2019
New York, New York

SO ORDERED:

_____
Victor Marrero
United States District Judge